IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ADAM LISTON, | ) | |
| | ) | 2:12-cv-02237-KHV-GLR |
| **Plaintiff,** | ) | |
| | ) | **Judge Vratil** |
| V. | ) | **Magistrate Rushfelt** |
| | ) | |
| JACOBSON & ASSOCIATES, LLC., | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF CHANGE OF FIRM NAME

**TO:** The Clerk of the Court and to all parties and their respective attorneys of record:

PLEASE TAKE NOTICE THAT, effective immediately, **LARRY P. SMITH & ASSOCIATES, LTD.,** the attorneys for Plaintiff in the above-captioned matter, has changed its name to **SMITHMARCO, P.C.**

PLEASE FURTHER TAKE NOTICE OF THE FOLLOWING:

1. The firm's address has been changed to:

   205 North Michigan Avenue, **Suite 2940**, Chicago, Illinois 60601

2. The firm's telephone numbers and facsimile numbers remain unchanged.

3. Lawyer's email addresses now use the extension "**@smithmarco.com**" but otherwise remain unchanged.

                                                **SMITHMARCO, P.C.**

                                      By:   s/ D. Matthew Durgin
                                              Attorney for Plaintiff

D. Matthew Durgin (Atty. No.: 21557)
SMITHMARCO, P.C.
8508 W. 90th Terrace
Overland Park, KS 66212
Telephone:   (913) 908-2313
                 (913) 871-4170
Facsimile:   (888) 418-1277
E-Mail:   mdurgin@smithmarco.com

1