## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADAM LISTON, | ) |
| | )    2:12-cv-02237-KHV-GLR |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| JACOBSON & ASSOCIATES, LLC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This matter comes before the Court on Plaintiff's Motion for Default Judgment (Doc. #6) filed July 20, 2012. Based on the record before the Court,

**IT IS HEREBY ORDERED** that the motion is **SUSTAINED**.

Judgment is entered in favor of Plaintiff, ADAM LISTON, and against Defendant, JACOBSON & ASSOCIATES, LLC., as follows:

1. $1,000.00 statutory damages for Defendant's violation of the Fair Debt Collection Practices Act.

2. $3,650.00 actual damages, as established by Plaintiff's affidavit, for Defendant's violation of the Fair Debt Collection Practices Act.

3. $2,414.50 for Plaintiff's attorneys' fees.

4. $400.00 for Plaintiff's costs.

5. Total Judgment in the amount of $7,464.50.

Dated this 20th day of August, 2012 at Kansas City, Kansas

                                                            s/Kathryn H. Vratil
                                                           Kathryn H. Vratil
                                                           United States District Judge